JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW WELCH, an individual,<br>Plaintiff,<br>v.<br>PLANAR SYSTEMS, INC.; LEYARD OPTOELECTRONIC CO., LTD.; and LEYARD AMERICAN CORPORATION,<br>Defendants. | Case No. 2:26-cv-05546-JLS-MBK<br><br>**JUDGMENT** |

On November 2, 2026, the Court issued its Order Granting Defendants Planar Systems, Inc. and Leyard American LLC's Motion to Dismiss (Order, Doc. 54). In the Order, the Court concluded that Claim 1 of U.S. Patent No. 10,623,609 (the "'609 Patent"), which the Court treated as representative, is directed to an abstract idea and does not contain an inventive concept; held the claim patent ineligible and invalid under 35 U.S.C. § 101; dismissed Plaintiff Andrew Welch's claim for patent infringement with prejudice; and dismissed the action with prejudice.

Pursuant to the Order and Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendants Planar Systems, Inc. and Leyard American LLC and against Plaintiff Andrew Welch.

2. The claims of the '609 Patent, as represented by Claim 1, are invalid as directed to patent-ineligible subject matter under 35 U.S.C. § 101.

3. Plaintiff's claim for patent infringement, and this action in its entirety, are DISMISSED WITH PREJUDICE.

4. Plaintiff shall take nothing by way of his Complaint.

5. Defendants may seek costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.

Dated: November 10, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE